

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

April 8, 1957.

Honorable Zollie C. Steakley
Secretary of State
Capitol Station
Austin, Texas.

Opinion No. WW-91

Re: Can the Secretary of
    State authorize the use
    of the Great Seal of
    Texas as a lounge car
    decoration on a new Texas

Dear Sir:
    Zephyr passenger train?

        This is in response to a request concerning the use of the
Great Seal of Texas in which you asked the question, substantially
as follows:

> Does the Secretary of State have the authority
> to authorize the use of the Great Seal of Texas
> as a lounge car decoration on a new Texas Zephyr
> passenger train?

        Section 1 of Chapter 350, Acts of the 54th Legislature,
which has been codified as Article 157a, Vernon's Penal Code, reads
in part as follows:

> "Art. 157a. Advertising and other pro-
> hibited uses of Great Seal of Texas.
> "No person, firm, or corporation, or
> any agent, servant, representative, employee,
> or receiver, of any firm or corporation, shall
> use any facsimile, imitation, label, trademark,
> design, device, imprint or form of the Great
> Seal of Texas <u>for the purpose of advertising or
> giving publicity to any goods, wares, or merchan-
> dise or any commercial undertaking, or for any
> trade or commercial purpose. . . ."</u>(emphasis added).

        It is our opinion that the use of the Great Seal of Texas
in the manner set forth in your question clearly falls within the
prohibition of the Act which denies the use of the Seal for the
purpose of advertising or giving publicity to any commercial under-
taking or for any trade or commercial purpose.  For this reason
your question must be answered in the negative.

## SUMMARY

Section 1 of Chapter 350, Acts of the 54th Legislature, which has been codified as Article 157a, Vernon's Penal Code, prohibits the use of the Great Seal of Texas as a lounge car decoration on a new Texas Zephyr passenger train.

Yours very truly,

WILL WILSON
ATTORNEY GENERAL

By  Wayland C. Rivers, Jr.
Assistant

WCR:pf;rh

APPROVED:

OPINION COMMITTEE:

H. Grady Chandler,
          Chairman

J. C. Davis, Jr.

John Reeves